■ ROBERT W. Cox, Respondent, et al., Plaintiff, v LA-BARGE BROS. COMPANY, INC., et al., Appellants and Third-Party Plaintiffs, et al., Third-Party Defendant. (Appeal No. 3.)—Order unanimously affirmed with costs. Same memorandum as in *Cox v LaBarge Bros. Co.* ([appeal No. 2] 154 AD2d 947 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—partial summary judgment.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.